

# THE ATTORNEY GENERAL OF TEXAS

AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

January 12, 1960

Honorable H. J. Blanchard, Chairman
House General Investigating Committee
House of Representatives
Capitol Station
Austin, Texas

Opinion No. WW-776

Re: Are the members of the Legislature serv- on interim committees of the Fifty-sixth Legislature limited to $8.00 per day within the boundaries of the State and related questions.

Dear Mr. Blanchard:

You have requested an opinion on the following questions:

> "1. Are the Members of the Legislature serving on interim committees of the Fifty-sixth Legislature limited to Eight Dollars ($8.00) per day within the boundaries of the State?
>
> "2. What is the in-state mileage reimbursement for necessary and official travel performed by Members of the Legislature in serving on interim committees of the Fifty-sixth Legislature which are created by resolution?
>
> "3. If traveling by public conveyance, such as air lines, bus lines or railroads, may a Member of the Legislature serving on an interim committee of the Fifty-sixth Legislature which has been created by resolution, be reimbursed for his actual transportation expense?"

House Bill 14, Acts of the 56th Legislature, Third Called Session, Chapter 16, page 395, became effective on November 5, 1959, ninety days after August 6, 1959, the date of adjournment of the Third Called Session of the 56th Legislature. Attorney General's Opinion WW-692 (1959).

From and after the effective date, November 5, 1959, the traveling expenses of the Members of the Legislature serving on interim committees of the 56th Legislature, is governed by the following provision contained in House Bill 14, which reads as follows:

> "The per diem of Members of the Legislature serving on interim committees of the Fifty-sixth Legislature shall be limited to Eight Dollars ($8.00) per day within the boundaries of the State. The in-state mileage reimbursement for necessary and official travel performed by Members of the Legislature in serving on interim committees of the Fifty-sixth Legislature created by Resolution shall be calculated at the rate of eight cents (8¢) per mile; . . ."

Under the above provisions the per diem of Members of the Legislature serving on interim committees of the 56th Legislature, is limited to $8.00 per day and the rate of mileage is limited to 8¢ per mile. Therefore, you are advised that in answer to your first question the Members of the Legislature serving on interim committees are limited to $8.00 per day within the boundaries of the State; in answer to your second question, the in-state mileage reimbursement for necessary and official travel performed by Members of the Legislature in serving on interim committees of the 56th Legislature is 8¢ per mile; and in answer to your third question, if traveling by public conveyance, a member of the Legislature serving on interim committees of the 56th Legislature cannot receive his actual transportation expense, but is limited to the rate of 8¢ per mile.

## SUMMARY

Members of the 56th Legislature serving on interim committees while traveling on official business within the State are

limited by the provisions of House Bill 14, Acts of the 56th Legislature, Third Called Session, Chapter 16, page 395, to \$8.00 per day and 8¢ per mile for travel.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
John Reeves
Assistant

JR:mfh

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

J. Arthur Sandlin
L. P. Lollar
Phocion S. Park, III
Tom I. McFarling

REVIEWED FOR THE ATTORNEY GENERAL
BY: Leonard Passmore